# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHARLES SMITH, JR., 92945**                                         **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 3:19cv826-CWR-LRA**

**UNKNOWN WASHINGTON,**
**Officer Ground Crew**                                             **DEFENDANT**

## ORDER

This matter came before the Court on the Plaintiff's Motion to Rebut Defendant's Answer and Defenses. By this Motion, the Plaintiff has reaffirmed the claims that he made in his Complaint and requested an Omnibus Hearing. This case has already been placed on the list for an Omnibus Hearing, which will scheduled in due course. The Motion was unnecessary, but will be granted.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Rebut Defendant's Answer and Defenses is hereby **GRANTED**.

This, the 19th day of June, 2020.

                                                           /s/ Linda R. Anderson
                                                           UNITED STATES MAGISTRATE JUDGE